## Commonwealth *v.* Hunter, Appellant.

Argued December 7, 1970.

*Herbert G. Hardin,* for appellant; *Milton M. Stein,* Assistant District Attorney, with him *Richard D. Malmed,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Jackson, Appellant.

Submitted November 13, 1970. *Michael J. Wherry,* Assistant Public Defender, for appellant; *Robert F. Banks,* First Assistant District Attorney, and *Joseph J. Nelson,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Johnson, Appellant.

Submitted September 14, 1970. *John R. Merrick,* Assistant Public Defender, for appellant; *Thomas G. Ashton,* Assistant District Attorney, and *Norman J. Pine,* District Attorney, for Commonwealth, appellee.

Order affirmed.